# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LISA TIPPEN**  PLAINTIFF

**V.**   **CASE NO.: 3:11CV00086 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**  DEFENDANT

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Lisa Tippen.

DATED this 16th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE